■ In the Matter of CITY OF ROME, Petitioner, v NEW YORK STATE OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES et al., Respondents. (Proceeding No. 2.) [627 NYS2d 604] —Determination unanimously confirmed without costs and petition dismissed. Same Memorandum as in *Matter of City of Rome v New York State Off. of Mental Retardation & Dev. Disabilities* ([proceeding No. 1] 214 AD2d 1029 [decided herewith]). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Oneida County, Shaheen, J.) Present—Green, J. P., Lawton, Fallon, Callahan and Boehm, JJ.